AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**SEP 17 2019**

ARTHUR JOHNSTON
BY _____ DEPUTY

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   3:19cr156DPJ |
| Sebastian Hernandez-Miguel | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

RECU USMS D43 20AUG'19

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Sebastian Hernandez-Miguel (Wherever Found) ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8 USC 1326(a)(1)&(2)   Reentry of Deported Alien

Date:   08/20/2019

**ARTHUR JOHNSTON, CLERK**

*P. Stokes*

*Issuing officer's signature*

City and state:   Jackson, MS

P. Stokes, Deputy Clerk

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/15/2019 , and the person was arrested on *(date)* 8/28/2019 at *(city and state)* Jackson, MS . |
| Date: 8/28/2019        *acl* for HSI       *Arresting officer's signature*       A. Allen, Deputy US Marshal       *Printed name and title* |